No. 574. CHICAGO AND EASTERN ILLINOIS RAILWAY COMPANY v. CHICAGO HEIGHTS TERMINAL TRANSFER RAILROAD COMPANY. Error to the Supreme Court of the State of Illinois. Motion to dismiss or affirm submitted January 18, 1926. Decided January 25, 1926. Per Curiam. Dismissed for want of jurisdiction, upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; Jett Bros. Distilling Co. v. Carrolton, 252 U. S. 1, 5, 6. Petition for certiorari denied. Messrs. Luther M. Walter, James G. Condon, and William E. Lamb for defendant in error, in support of the motion. Messrs. Homer T. Dick, M. F. Gallagher, and T. P. Littlepage for plaintiff in error, in opposition thereto.

———

No. 141. WISCONSIN LIME AND CEMENT COMPANY, INC. v. CITY OF CHICAGO. Error to the Supreme Court of the State of Illinois. Argued January 15, 18, 1926. Decided January 25, 1926. Per Curiam. Dismissed for want of jurisdiction, upon the authority of Dibble v. Bellingham Bay Land Co., 163 U. S. 63, 69; Dewey v. Des Moines, 173 U. S. 193, 200; Henkel v. Cincinnati, 177 U. S. 170, 171; Home for Incurables v. New York, 187 U. S. 155, 158; Fullerton v. Texas, 196 U. S. 192, 194; Marvin v. Trout, 199 U. S. 212, 223; Consolidated Turnpike Co. v. Norfolk Ry. Co., 228 U. S. 596. Messrs. James W. Good, Robert W. Childs, Dwight L. Bobb, James B. Wescott, Delbert A. Clithero, and F. M. Hartman for plaintiff in error, submitted. Mr. Louis G. Caldwell, with whom Messrs. Leon Hornstein and Joseph B. Fleming were on the brief, for defendant in error.